**Michael Louis MINNS, Appellant,**

v.

**COMMISSION FOR LAWYER DISCIPLINE, Appellee.**

No. 01–00–00016–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Aug. 10, 2000.

Panel consists of Justices MIRABAL, ANDELL, and DUGGAN.[1]

## OPINION

PER CURIAM

The Court today considered the parties' joint motion to vacate judgment and dismiss case. The motion is **granted.** *See* TEX.R.APP.P. 42.1(a), 43.2(e).

Accordingly, the trial court's judgment of October 18, 1999, is vacated, and the case is dismissed.

---

1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District of Texas at Houston, participating by assignment.